# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) Case No.: 1:24-cv-03457 |
| Plaintiff, | ) ) ) **Jury Trial Demanded** |
| v. | ) ) |
| WILEY SCOTT ROGERS, | ) ) |
| Defendant. | ) |

## PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Zurich American Insurance Company, by counsel, respectfully provides notice that it is voluntarily dismissing its claims against Defendant Wiley Scott Rogers without prejudice.

Dated: October 2, 2024

    Respectfully submitted,

*/s/ J. Scott Humphrey*
J. Scott Humphrey
Katie M. Burnett
**Benesch, Friedlander, Coplan & Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 312.767.9192
Email: shumphrey@beneschlaw.com
      kburnett@beneschlaw.com

*Counsel for Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

I, J. Scott Humphrey, hereby certify that a copy of the foregoing Notice of Voluntary Dismissal, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 2, 2024.

/s/ J. Scott Humphrey